UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ANGELA BRADLEY,<br><br>            Plaintiff,<br><br>vs.<br><br>AUTOZONERS, LLC, a Neveda limited liability company,<br><br>           Defendant. | Case No. 4:20-cv-337-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

      The parties' Stipulation of Dismissal with Prejudice having come before the Court (Dkt. 53), and finding good cause therefore;

      **IT IS HEREBY ORDERED** that the above-entitled action be and is hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and costs.

      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.



DATED: November 15, 2022

_____
B. Lynn Winmill
U.S. District Court Judge